IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DÉJÀ VU OF NASHVILLE, INC., et al )
)
v. ) NO. 3:18-0511
) Crenshaw/Holmes
METROPOLITAN GOVERNMENT OF )
NASHVILLE AND DAVIDSON )
COUNTY, et al )

**O R D E R**

Due to inclement weather and Plaintiff's counsel having to travel from Michigan, it is hereby ORDERED that the initial case management conference is RESCHEDULED for **March 5, 2019, at 11:00 a.m.**,[1] in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Counsel have coordinated their calendars, and this appears to be the first date on which all were available.